**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

CHARLES EDWARD BYRD,
               *Plaintiff-Appellant,*

v.

MARICOPA COUNTY SHERIFF'S
DEPARTMENT; JOSEPH M. ARPAIO;
KATHLEEN O'CONNELL; AUSTIN
PETERSON; DURANGO JAIL,
               *Defendants-Appellees.*

No. 07-16640

D.C. No.
CV-04-02701-NVW

ORDER

Filed October 6, 2009

---

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

14533

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2009 Thomson Reuters/West.